IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:21CR40003-001 |
| ) | |
| RAY CORNELIUS CALVERT ) | |

### ORDER RECALLING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the Court and, being sufficiently advised the Government's Motion to Recall Writ of Habeas Corpus Ad Prosequendum now pending in this matter, does hereby ORDER and DECREE as follows:

The Writ of Habeas Corpus Ad Prosequendum issued in this matter by the Clerk of the Court on March 31, 2021, is hereby recalled.

The United States Marshal for the Western District of Arkansas shall lodge a detainer in the Northern District of Mississippi which will ensure the Defendant is returned to this District for proceedings on the Indictment in this matter, following his upcoming sentencing in the Northern District of Mississippi.

IT IS SO ORDERED, this __5th__ day of April, 2021.

/s/ Mark E. Ford
_____
Honorable Mark A. Ford
United States Magistrate Judge
Western District of Arkansas

1