1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 4:21CR40003-001 |
| | ) | |
| RAY CORNELIUS CALVERT | ) | |

## ORDER UNSEALING INDICTMENT

COMES NOW the Court and, being sufficiently advised upon the United States' Motion to Unseal Indictment filed in this matter, does hereby ORDER and DECREE as follows:

The Indictment returned against the Defendant in the above-captioned case number is hereby ordered to be UNSEALED.

IT IS SO ORDERED this 6th day of May, 2021.

_____
Hon. Susan O. Hickey
Chief United States District Judge