**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

vs.                                            No. 4:21-cr-40003-001

RAY CALVERT                                                                                         DEFENDANT

## ORDER

BEFORE the Court is the *pro se* Motion for New Counsel filed herein by Defendant. ECF No. 37. The Motion has been referred to the undersigned for decision. ECF No. 38. The Court ordered that counsel respond to the *pro se* Motion. Counsel has now responded (ECF No. 43) and this matter is ready for decision.

Following the Court's Order directing that Counsel respond to the Motion for New Counsel, Defendant's Counsel, Mr. Jeff Harrelson filed the following response:

> Defendant has filed a Motion to Appoint New Counsel (ECF No. 37). This Court Ordered Jeff Harrelson to file a Response to Defendant's Motion by December 29, 2022. Counsel has conferred with Defendant and Defendant has notified the undersigned counsel that he no longer wishes to have new counsel appointed and desires that Jeff Harrelson be maintained as his counsel of record.
>
> WHEREFORE, Defendant and his counsel pray that the *pro se* Motion to Appoint New Counsel be denied.

ECF No. 43. Accordingly, the Court finds the Motion should be denied.

**IT IS THEREFORE ORDERED**, the *pro se* Motion for New Counsel filed herein by Defendant (ECF No. 37) is **DENIED**.

**ENTERED** this **3rd day of January 2023.**

/s/ *Barry A. Bryant*
Hon. Barry A. Bryant
U. S. Magistrate Judge