IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                          Case No. 4:21-cr-40003

RAY CORNELIUS CALVERT                                                             DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Proceed in Forma Pauperis for Purposes of Appeal. ECF No. 82. Defendant has previously been declared indigent by the Court. ECF Nos. 11, 12. Upon consideration, the Court finds that Defendant's Motion to Proceed in Forma Pauperis for Purposes of Appeal (ECF No. 82) is **GRANTED**.

**IT IS SO ORDERED**, this 8th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge